MICHELLE L. ROBERTS (SBN: 239092)
Email: michelle@ssrlawgroup.com
CASSIE SPRINGER (SBN: 221506)
Email: cassie@ssrlawgroup.com
**SPRINGER & ROBERTS LLP**
410 – 12th Street, Suite 325
Oakland, CA  94607
Telephone:     (510) 992-6130
Facsimile:      (510) 280-7564

Attorneys for Plaintiff,
Delbert Gomes

ADRIENNE C. PUBLICOVER (SBN: 161432)
Email: adrienne.publicover@wilsonelser.com
LAURA E. FANNON (SBN: 111500)
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, CA 94105-2725
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendant,
Life Insurance Company of North America; Purdue Pharma L.P. Group Long-Term Disability Insurance Plan

*[Additional counsel listed on next page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Delbert Gomes,<br><br>                    Plaintiff,<br>    vs.<br><br>Life Insurance Company of North America; Purdue Pharma L.P. Group Long-Term Disability Insurance Plan,<br><br>                    Defendants,<br><br>*and*<br><br>Purdue Pharma L.P. Group Medical Plan; Purdue Pharma L.P. Vision Plan; Purdue Pharma L.P. Group Term Life Insurance Plan; Purdue Pharma L.P. Accidental Death & Dismemberment Plan; and The Purdue Pharma L.P. Pension Plan;<br><br>                    Nominal Defendants | Case No.  3:13-cv-02366-MMC<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |

STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. 3:13-cv-02366-MMC

1  ASHLEY B. ABEL, *pro hac vice*
   Email: Abela@jacksonlewis.com
2  **JACKSON LEWIS LLP**
   55 Beattie Place, Suite 800
3  Greenville, SC  29601
   Telephone: (864) 232-7000
4  Facsimile: (864) 235-1381

5  TERESA Y. HUANG (SBN: 238922)
   Email: Teresa.Huang@jacksonlewis.com
6  **JACKSON LEWIS LLP**
   1776 Second Street
7  Napa, California 94559
   Telephone:     (707) 226-8997
8  Facsimile:     (707) 226-6881

9  Attorneys for Nominal Defendants Purdue
   Pharma L.P. Group Medical Plan; Purdue
10 Pharma L.P. Vision Plan; Purdue Pharma L.P.
   Group Term Life Insurance Plan; Purdue Pharma
11 L.P. Accidental Death & Dismemberment Plan;
   Purdue Pharma L.P. Pension Plan

It is hereby stipulated by and between Plaintiff DELBERT GOMES, Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and PURDUE PHARMA L.P. GROUP LONG-TERM DISABILITY INSURANCE PLAN, and Nominal Defendants PURDUE PHARMA L.P. GROUP MEDICAL PLAN, PURDUE PHARMA L.P. VISION PLAN, PURDUE PHARMA L.P. GROUP TERM LIFE INSURANCE PLAN, PURDUE PHARMA L.P. ACCIDENTAL DEATH & DISMEMBERMENT PLAN, and the PURDUE PHARMA L.P. PENSION PLAN, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**.

Dated:  January 10, 2014          **SPRINGER & ROBERTS LLP**

By: /s/ *Michelle L. Roberts*
    Michelle L. Roberts

*Attorneys for Plaintiff*

Dated:  January 10, 2014          **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ *Laura E. Fannon*
    Laura E. Fannon

*Attorneys for Defendants LINA & LTD Plan*

Dated:  January 10, 2014          **JACKSON LEWIS LLP**

By:  /s/ *Ashley B. Abel*
     Ashley B. Abel

*Attorneys for Nominal Defendants*

STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. 3:13-cv-02366-MMC

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from the other signatories.

DATED: January 10, 2014          By:          /s/ *Michelle L. Roberts*
                                                     MICHELLE L. ROBERTS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 10, 2014          By: _____
                                                     United States District Court Judge
                                                     Honorable Maxine M. Chesney